**Order entered June 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00547-CV

## IN THE INTEREST OF K.V.K, A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-19679**

## ORDER

Based on the Court's opinion of this date, we **ORDER** Felicia Pitre, Dallas County District Clerk, and Glenda Johnson, Official Court Reporter for the 256th Judicial District Court, to file the appellate record, without advance payment of costs, no later than July 6, 2015.

We **DENY** as moot appellant's May 28, 2015 emergency motion to include additional items in record.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre and Ms. Johnson.

/s/     CRAIG STODDART
          JUSTICE